# Velva L. Price
## Travis County District Clerk
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**



June 1, 2015

Received via e-mail 6/3

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-12-003557 and Court of Appeals number 03-15-00292-CV, styled, JENNIFER FRAME V CITY OF HOUSTON, was due in your office May 18, 2015. Due to a clerical error by the clerk's office in calculating the due date for submission of the record, the record will be submitted to the 3rd Court of Appeals by the close of business on June 1, 2015.

Thank you for your consideration.

If you have any questions, please contact me at (512) 854-4309

Sincerely,

Trish Winkler
Deputy Court Clerk II
(512) 854-4309

| Administrative Offices | Civil and Family Division | Criminal Division | Jury Office |
| --- | --- | --- | --- |
| (512) 854-9457 | (512) 854-9457 | (512) 854-9420 | (512) 854-9669 |
| fax: 854-4744 | fax: 854-9549 | fax: 854-4566 | fax: 854-4457 |